In the Matter of EUGENE F. McGEE, Appellant.
ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK,
Respondent.

*Attorneys — order of disbarment affirmed.*

Matter of *McGee*, 211 App. Div. 650, affirmed.

(Argued March 29, 1926; decided May 4, 1926.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered February 17, 1925, disbarring the appellant
from practice and directing that his name be stricken
from the roll of attorneys and counselors at law in the
State of New York.

*I. Maurice Wormser, Peter J. Baxter* and *Clark L.
Jordan* for appellant.

*Einar Chrystie* for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE,
ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J.